**DISMISS and Opinion Filed April 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01057-CV**

**ROBERT WALKER, Appellant**
**V.**
**PARK SPRINGS FAMILY LLC D/B/A PARK SPRINGS TOWNHOMES,**
**Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-02169-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 2, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 2, 2020, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By order dated March 4, 2021, we informed appellant the clerk's record had

not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification that (1) appellant has either paid for or made arrangements to pay for the record, or (2) appellant is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


201057F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROBERT WALKER, Appellant

No. 05-20-01057-CV        V.

PARK SPRINGS FAMILY LLC
D/B/A PARK SPRINGS
TOWNHOMES, Appellee

On Appeal from the County Court at
Law No. 1, Collin County, Texas
Trial Court Cause No. 001-02169-
2020.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellee PARK SPRINGS FAMILY LLC D/B/A
PARK SPRINGS TOWNHOMES recover its costs of this appeal from appellant
ROBERT WALKER.

Judgment entered April 8, 2021